```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 GRETA BROWN,

                      Plaintiff,          MEMORANDUM & ORDER
                                           25-cv-05103 (EK)(TAM)
            -against-

 GOVERNOR KATHY HOCHUL, et al.,

                      Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        Greta Brown filed this Section 1983 lawsuit in September 2025.  Shortly thereafter, the Clerk of Court notified Brown that her filing was deficient, because she had neither paid the filing fee nor moved to proceed *in forma pauperis*.  *See* Notice of Deficient Filing, ECF No. 2.  The Clerk warned Brown that if she did not correct the error within fourteen days, the complaint could be dismissed.  *Id.*  Brown did not correct the error within the prescribed timeframe.  Accordingly, the Court dismisses this action without prejudice.

        The Clerk of Court is respectfully directed to close this case and mail a copy of this order to Brown.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore

denies in forma pauperis status for purposes of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

                                                      /s/ Eric Komitee
                                                      ERIC KOMITEE
                                                      United States District Judge

Dated:    November 5, 2025
            Brooklyn, New York